The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRANCO GRATTON<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF TUKWILA, et. al<br><br>Defendants. | NO. 2:22-cv-01598-TL<br><br>NOTICE OF SETTLEMENT |

PLEASE TAKE NOTICE that all claims against all parties in this matter have been settled and resolved. The Court may strike the trial date, associated pre-trial hearings, and all pre-trial deadlines. The parties will file a formal stipulation and proposed order for dismissal upon receipt of settlement funds.

Dated this 8th day of May, 2024.

LAW, LYMAN, DANIEL, KAMERRER
& BOGDANOVICH, P.S.

/s/ Michael J. Throgmorton
_____
Michael J. Throgmorton, WSBA # 44263
Attorney for Defendant Jessica Armstrong
2674 RW Johnson Rd, Tumwater, WA 98512
P.O. Box 11880, Olympia WA 98508-1880
Telephone: (360) 754-3480
Fax: (360) 754-3511
E-mail: mthrogmorton@lldkb.com

NOTICE OF SETTLEMENT – 1
Cause No.:  2:22-cv-01598-TL

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA  98512
P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480  FAX: (360) 357-3511

# CERTIFICATE OF ECF FILING & SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on this date, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, who will send notification of such filing to the following parties:

<u>Counsel for Plaintiff:</u>

James Bible
JAMES BIBLE LAW GROUP
14205 SE 36th Street, Suite 100
Bellevue, WA 98006
jbiblesblaw@gmail.com

Jesse Valdez
Valdez Lehman, PLLC
14205 SE 36th Street, Suite 100
Bellevue, WA 98006
jesse@valdezlehman.com

Errin Loyal
Loyal Law PLLC
600 Stewart Street Ste 400
Seattle, WA 98101
Errin@loyallawgroup.com

<u>Counsel for Defendant City of Tukwila and Phil Glover:</u>

Jeremy Culumber
Keating Bucklin & McCormack, Inc., P.S.
801 2nd Avenue, Ste. 1210
Seattle, WA 98104-1518
Email: jculumber@kbmlawyers.com

DATED this 8th day of May, 2024, at Tumwater, Washington.

/s/ Tam Truong
_____
Tam Truong, Legal Assistant

NOTICE OF SETTLEMENT – 2
Cause No.: 2:22-cv-01598-TL

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*