The Honorable Tana Lin

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRANCO GRATTON<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF TUKWILA AND JESSICA ARMSTRONG<br><br>Defendants. | NO. 2:22-cv-01598-TL<br><br>[PROPOSED] ORDER OF DISMISSAL |

THIS MATTER, having come before the Court on the parties' stipulation, it is hereby ORDERED that this case is DISMISSED with prejudice and without attorneys' fees or costs to either party.

Dated this 30th day of May 2024.

_____
Tana Lin
United States District Judge

Presented by:

LAW, LYMAN, DANIEL, KAMERRER
& BOGDANOVICH, P.S.

/s/ Michael J. Throgmorton
_____
Michael J. Throgmorton, WSBA # 44263
Attorney for Defendant Jessica Armstrong
P.O. Box 11880, Olympia WA 98508-1880
Telephone: (360) 754-3480  Fax: (360) 754-3511
E-mail: mthrogmorton@lldkb.com

[PROPOSED] ORDER OF DISMISSAL – 1
Cause No.:  2:22-cv-01598-TL

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA  98512
P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480  FAX: (360) 357-3511

Approved as to form, notice of presentation waived:

VALDEZ LEHMAN, PLLC

/s/ Jesse Valdez
_____
Jesse Valdez, WSBA #35378
Attorney for Plaintiff Francko Gratton
14205 SE 36th St. Ste 100
Bellevue, WA 98006-1533
Email: jesse@valdezlehman.com

KEATING BUCKLIN & McCORMACK, INC., P.S

/s/ Jeremy W. Culumber[1]
_____
Jeremy W. Culumber, WSBA #35423
Attorney for Def. City of Tukwila and Philip Glover
801 2nd Avenue, Ste 1210
Seattle, WA 98104-1518
Email: jculumber@kbmlawyers.com

---

[1] E-signed per approval received via email 5/6/2024.

[PROPOSED] ORDER OF DISMISSAL – 2
Cause No.: 2:22-cv-01598-TL

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA 98512
P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480  FAX: (360) 357-3511

# CERTIFICATE OF ECF FILING & SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on this date, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, who will send notification of such filing to the following parties:

<u>Counsel for Plaintiff:</u>

James Bible
JAMES BIBLE LAW GROUP
14205 SE 36th Street, Suite 100
Bellevue, WA 98006
jbiblesblaw@gmail.com

Jesse Valdez
Valdez Lehman, PLLC
14205 SE 36th Street, Suite 100
Bellevue, WA 98006
jesse@valdezlehman.com

Errin Loyal
Loyal Law PLLC
600 Stewart Street Ste 400
Seattle, WA 98101
Errin@loyallawgroup.com

<u>Counsel for Defendant City of Tukwila and Phil Glover:</u>

Jeremy Culumber
Keating Bucklin & McCormack, Inc., P.S.
801 2nd Avenue, Ste. 1210
Seattle, WA 98104-1518
Email: jculumber@kbmlawyers.com

DATED this 30th day of May, 2024, at Tumwater, Washington.

*/s/ Lisa Gates*
_____
Lisa Gates, Legal Assistant

[PROPOSED] ORDER OF DISMISSAL – 3
Cause No.: 2:22-cv-01598-TL

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*